## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

JUANITA PATTERSON
SSAN: XXX-XX-3306

Debtor(s)

Case No. 17-32115-DHW
Chapter 13

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 25, 2017.

2. The debtor(s) §341 Meeting of Creditors was held September 14, 2017.

3. The debtor(s) overall pay record is 100%.

(**X**) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

    Creditor: REGIONAL MANAGEMENT CORP
    Court Claim Number 3
    Claim Amount: $590.86
    Claim Filed As: SECURED

(**X**) The following creditor was not listed in the debtor(s)' schedules but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

    Creditor: STATE OF ALABAMA
    Court Claim Number: 6
    Claim Amount: $1,165.12
    Claim Filed As: SECURED

(**X**) The following creditor was not listed in the debtor(s)' schedules but filed thier claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

    Creditor: W S BADCOCK CORP
    Court Claim Number: 1
    Claim Amount: $1,190.69
    Claim Filed As: SECURED

**(X)** This case does not appear to be feasible, as Debtor's schedules show that she has insufficient income to fund her plan.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 10, 2017.

                                              Sabrina L. McKinney
                                              Chapter 13 Standing Trustee

                                         By: /s/*Audrey L. Willis*
                                              Audrey L. Willis
                                              Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 10, 2017.

Copy to: DEBTOR(S)
         RICHARD D SHINBAUM

                                              /s/*Audrey L. Willis*
                                              Audrey L. Willis
                                              Staff Attorney